UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

AUG 09 2023

Nathan Ochsner, Clerk of Court

Kwhun Johnson
Plaintiff,

vs.

Harris County Sheriff Office, et al.,
Defendants

Civil Action No. 4:22-CV-02041

## PLAINTIFF'S MOTION FOR VIDEO FOOTAGE IN MEDICAL CLINIC OF 701 N. SAN JACINTO ON 1/22/22 PRIOR TO AND AFTER SPRINKLER BEING BROKEN AND LIKEWISE FOR ELEVATORS NEXT TO CLINIC. (BEFORE AND AFTER FOOTAGE)

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff files this motion in GOOD FAITH to RESPECTFULLY show the Court as follows:

1. There was a camera in the clinic on 1/22/22 and footage should be viewed by the Plaintiff and the Court.

2. After Jericho Tyler ASSAULTED Plaintiff, TYLER was IMMEDIATELY relieved of being SGT. in charge of clinic and placed on duty outside of the jail according to staff as his "PUNISHMENT".

3. There was a INMATE/DEPUTY fight call and response to the clinic that Jericho Tyler and I.A.D were attempting to cover up between 3 veteran SGT.s, J. GUERRA and Hector Sanchez in the clinic, they felt they needed more assistance to deal with Tyler's AGG. ASSAULT against Plaintiff.

4. Defendants/IAD states there is footage of the incident in the basement/clinic but have yet to submit it to Plaintiff or the Court. [document 37-8]

### Conclusion

Defendants admit there is footage of the incident in the basement/clinic but have yet to submit it to the Plaintiff and the Court. Plaintiff is preparing for trial and it would be UNFAIR and PARTIAL for Plaintiff and COURT NOT TO view such a LEGAL document to this cause.

1 of 2

OF COUNSEL:
Kwhen Johnson
Pro-Se

Date: August 3, 2023        By: KJ
                            Kwhen Johnson
                            1200 Baker St,
                            2J1-I
                            1200 Baker St,
                            Houston, TX. 77002

## CERTIFICATE OF SERVICE

I certify that pursuant to Federal Rules of Civil Procedure, a true copy of the instrument to which this certificate is attatched was duly served upon each party to this cause via U.S. Mail System.

A true and correct copy of this filing will be mailed to the following person:

Christian Menefee
HCAO
1019 Congress St,
Houston, TX. 77002

                            KJ
                            Kwhen Johnson

**HARRIS COUNTY SHERIFF'S OFFICE JAIL**
Name Mahon Johnson
SPN 02454326   Cell 2J1-I
Street 1200 Baker
HOUSTON, TEXAS 77002


"LEGAL MAIL"

**INDIGENT**


NORTH HOUSTON TX 773
7 AUG 2023 PM 6 L
US POSTAGE
ZIP 77002
02 4W
0000368784

United States Courts
Southern District of Texas
FILED
AUG 09 2023
Nathan Ochsner, Clerk of Court

Clerk:
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
P.O. BOX 61010
HOUSTON, TX. 77208

OFFICIAL BUSINESS

77208-101010