Case No. 4:22-CV-02041

United States Courts
Southern District of Texas
FILED
SEP 05 2023
Nathan Ochsner, Clerk of Court

8/29/23

Plaintiff request copies be made to send to defendants due to they refuse to make copies and plaintiff does not have enough copies of documents.

Plaintiff requested that reason but defendants requested that to be denied and it was denied so plaintiff can not make copies.

Plaintiff Also request most Recent docket sheet.

CERTIFIED MAIL

7002 2030 0000 45:

Clerk:
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
P.O. BOX 61010
HOUSTON, TX 77208

OFFICIAL BUSINESS

**HARRIS COUNTY SHERIFF'S OFFICE JAIL**
Name Kwhun Johnston
SPN 02852326  Cell 23I-I
Street 1200 Baker St.
HOUSTON, TEXAS 77002

"LEGAL MAIL"



Commissary Network
United States Courts
Southern District of T...
FILED

SEP 05 2025

Nathan Ochsner, Clerk of Court